UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY MONROE,

    Plaintiff,

v.

KAREN D. BRUNSON *et al.*,

    Defendants.

Case No. C08-5303RBL/JKA

ORDER DISMISSING ACTION

The plaintiff moves to dismiss this action without prejudice (Dkt. # 3). The action has not been served and plaintiff has not yet paid a filing fee. This action should be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41 (a). By entry of this order the court accepts the plaintiff's dismissal and this action is **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 5th day of June, 2008.

*(signature)*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for entry
this 5 day of June 2008

    */S/ J. Kelley Arnold*
    J. Kelley Arnold
    United States Magistrate Judge

ORDER PAGE 1